

**IT IS ORDERED as set forth below:**

**Date: September 15, 2015**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-56911 - CRM |
| | : | |
| LAKEISHA LYNNE BOOKER, | : | CHAPTER  7 |
| Debtor(s), | : | JUDGE MULLINS |
| | : | |
| LAKEISHA LYNNE BOOKER, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| GWINNETT HOSPITAL SYSTEM, INC., | : | |
| Respondent(s). | : | |

## O R D E R

Pursuant to 11 U.S.C. § 522, the Debtor(s) has filed a motion to avoid lien (Doc. No. 40) in the above-styled case. The Court has notified counsel for the Debtor(s) of the motion's deficiencies.  To date, there has been a failure to comply with the Court's directions.  Accordingly, it is hereby

**ORDERED** that the motion is DENIED without prejudice to the Debtor's right to file another motion to avoid lien with respect to this obligation.

The Clerk's Office is hereby **directed** to serve a copy of this Order on the Debtor(s), attorney for the Debtor(s), attorney for the Respondent(s) and the Trustee.

[END OF DOCUMENT]